

ENTERED
08/05/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | |
|---|---|
| In re: | CHAPTER 11 |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC | Case No.: 15-34287 (MI) |
| Debtor. | |
| RICHARD SCHMIDT, LITIGATION TRUSTEE, | |
| Plaintiff, | |
| -against- | Adversary No.: 19-03370 |
| BARBARA NORDLICHT AS REPRESENTATIVE OF THE ESTATE OF JULES NORDLICHT, BARBARA NORDLICHT AS TRUSTEE OF THE JULES AND BARBARA NORDLICHT FOUNDATION INC., SHLOMO AND TAMAR RECHNITZ, MORRIS FUCHS, THE SHMUEL FUCHS FOUNDATION INC., FCBA TRUST, SOL WERDIGER, AARON PARNES, MN CONSULTING NY LLC, and GREAT LEGACY OF NEW YORK CORP. PENSION PLAN, ORA GICHTIN, DAVID GICHTIN, ABRAHAM GROSSMAN, and PLATINUM FI GROUP LLC, | |
| Defendants. | |

878636.3

| | |
|---|---|
| RICHARD SCHMIDT, LITIGATION TRUSTEE, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Adversary No.: 19-03459 |
| : | |
| BERNARD FUCHS, LEON MEYERS, : | |
| MEADOWS CAPITAL, LLC, : | |
| GOLDA WILK, SHLOIME WAGSCHAL, DRESDEN : | |
| INVESTMENTS LTD., ESTATE OF MARCOS KATZ, : | |
| ADELA KATZ, BERNARD W. EDELSTEIN, PERL : | |
| EQUITY HOLDINGS, LLC, SHELDON PERL, and : | |
| LEGACY INVESTMENT PARTNERS, LLC, : | |
| : | |
| Defendants. : | |
| : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
| : | |
| RICHARD SCHMIDT, LITIGATION TRUSTEE, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Adversary No.: 19-03460 |
| : | |
| DITMAS PARK CAPITAL, L.P., ROCKWELL : | |
| FULTON CAPITAL L.P., MIND BODY AND SOUL : | |
| CO. LTD., HUANG LAI TSU HSAI, NYROY, ROYAL : | |
| BANK OF CANADA and BENEFICIAL OWNERS OF : | |
| ACCOUNTS HELD IN THE NAME OF NYROY, : | |
| : | |
| Defendants. : | |
| : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

**ORDER TO SEVER AND CONSOLIDATE CERTAIN
DEFENDANTS INTO ADVERSARY PROCEEDINGS**

This Court, having reviewed and approved the Joint Stipulation to Sever and Consolidate

Certain Defendants into Adversary Proceedings, hereby ORDERS that:

    1. Defendants Sheldon Perl, Perl Equity Holdings LLC and Golda Wilk in the *Fuchs* Action[1]; Adversary No. 19-03459, and Defendants Beneficial Owners of Accounts held in the name of NYROY in the *Ditmas Park* Action, Adversary No. 19-03460, are severed from those respective adversary proceedings and

---

[1] Capitalized terms in this order shall have the meaning defined in the Parties' Joint Stipulation.

9

878636.3

consolidated into the *Nordlicht* Action, Adversary No. 19-03370. This severance and consolidation occurs for purposes of administrative benefit and without causing either delay or prejudice to the rights of any party.

2. Defendants Ditmas Park Capital LP and Rockwell Fulton Capital LP from the *Ditmas Park* Action, Adversary No. 19-03460, are severed from that respective adversary proceeding, and consolidated into the *Fuchs* Action, Adversary No. 19-03459. This severance and consolidation occurs for purposes of administrative benefit and without causing either delay or prejudice to the rights of any party.

3. Defendants Shloime Wagschal, Dresden Investments Ltd, Adela Katz, and the Estate of Marcos Katz from the *Fuchs* Action, Adversary No. 19-03459, are severed from that respective adversary proceeding, and consolidated into the *Ditmas Park* Action, Adversary No. 19-03460. This severance and consolidation occurs for purposes of administrative benefit and without causing either delay or prejudice to the rights of any party.

4. Once this Order has been entered, the Trustee shall file in the *Nordlicht* Action the Complaints from the *Fuchs* and *Ditmas Park* Actions, which shall be the operative complaints against the *Nordlicht*-Consolidated Defendants unless and until the Trustee amends the Complaint in the *Nordlicht* Action. The Complaints against the *Nordlicht*-Consolidated Defendants from the *Fuchs* Action and the *Ditmas Park* Actions shall be deemed filed in the *Nordlicht* Action as of May 8, 2019 for all purposes. This severance and consolidation occurs for purposes of administrative benefit and without causing either delay or prejudice to the rights of any party.

5. Once this Order has been entered, the Trustee shall file in the *Fuchs* Action the Complaint from the *Ditmas Park* Action, which shall be the operative complaint against the *Fuchs*-Consolidated Defendants unless and until the Trustee amends the Complaint in the *Fuchs* Action. The Complaint against the *Fuchs*-Consolidated Defendants from the *Ditmas Park* Action shall be deemed filed in the *Fuchs* Action as of May 8, 2019 for all purposes. This severance and consolidation occurs for purposes of administrative benefit and without causing either delay or prejudice to the rights of any party.

6. Once this Order has been entered, the Trustee shall file in the *Ditmas Park* Action the Complaint from the *Fuchs* Action, which shall be the operative complaint against the *Ditmas Park*-Consolidated Defendants unless and until the Trustee amends the Complaint in the *Ditmas Park* Action. The Complaint against the *Ditmas Park*-Consolidated Defendants from the *Fuchs* Action shall be deemed filed in the *Ditmas Park* Action as of May 8, 2019 for all purposes. This severance and consolidation occurs for purposes of administrative benefit and without causing either delay or prejudice to the rights of any party.

7. Once this Order has been entered, the Clerk of Court shall amend the caption in the *Nordlicht*, *Fuchs*, and *Ditmas Park* Actions to reflect the severances and consolidations outlined in this order.

8. The *Nordlicht*-Consolidated Defendants shall file in the *Nordlicht* Action their answer or response to their respective Complaints and serve their initial disclosures on or before August 7, 2019, and thereafter be bound by the Case Management Order entered in the *Nordlicht* Action; except that defendant Golda Wilk shall file her answer or response in the *Nordlicht* Action and serve her initial disclosures on or before the date that is the later of (a) September 30, 2019, or (b) 14 days from the filing of an amended complaint in the *Nordlicht* Action that incorporates the allegations against her, and thereafter be bound by the Case Management Order entered in the *Nordlicht* Action.

Signed: August 05, 2019

_____
Marvin Isgur
United States Bankruptcy Judge

878636.3