UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BLACK ELK ENERGY OFFSHORE | § | CASE NO. 15-34287 (MI) |
| OPERATIONS, LLC | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |
| RICHARD SCHMIDT, LITIGATION TRUSTEE, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | ADVERSARY NO. 4:19-AP-03459 |
| | § | |
| BERNARD FUCHS, LEON MEYERS, MEADOWS | § | |
| CAPITAL, LLC, BERNARD W. EDELSTEIN, | § | |
| LEGACY INVESTMENT PARTNERS, LLC, | § | |
| DITMAS PARK CAPITAL, L.P., AND | § | |
| ROCKWELL FULTON CAPITAL, L.P. | § | |
| | § | |
| DEFENDANTS. | § | |

## NOTICE OF HEARING ON TRUSTEE'S EXPEDITED MOTION

**PLEASE TAKE NOTICE** of the attached Notice of Hearing on Trustee's Expedited Motion with Exhibit A.

Date: December 10, 2019

Respectfully submitted,

By: _/s/ Craig Smyser_
SMYSER KAPLAN & VESELKA, L.L.P.
Craig Smyser
Attorney-in-Charge
Texas Bar No. 18777575
Fed. Bar No. 848
csmyser@skv.com
717 Texas Avenue, Suite 2800
Houston, Texas 77002
713-221-2300
713-221-2320 (fax)

921503.1

Of Counsel:

SMYSER KAPLAN & VESELKA, L.L.P.
Jeff Potts
Texas Bar No. 00784781
Fed. Bar No. 16504
Justin Waggoner
Texas Bar No. 24003122
Fed. Bar No. 23098
717 Texas Avenue, Suite 2800
Houston, Texas 77002
713-221-2300
713-221-2320 (fax)
jpotts@skv.com
jwaggoner@skv.com

OKIN ADAMS LLP
Matthew Okin
Texas Bar No. 00784695
Fed. Bar No. 15204
David Curry, Jr.
Texas Bar No. 24065107
Fed. Bar No. 975482
1113 Vine St., Suite 201
Houston, Texas 77002
713-228-4100
888-865-2118
mokin@okinadams.com
dcurry@okinadams.com

**ATTORNEYS FOR TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel for Defendants in accordance with Rule 7005 of the Federal Rules of Bankruptcy Procedure on the 10th day of December, 2019.

*/s/  Jeff Potts*
Jeff Potts

921503.1