

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/01/2021

| | | |
|---|---|---|
| IN RE: | § | |
| **BLACK ELK ENERGY OFFSHORE** | § | **CASE NO: 15-34287** |
| **OPERATIONS, LLC,** *et al*, | § | |
| Debtors. | § | **CHAPTER 11** |
| | § | |
| **RICHARD SCHMIDT,** | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 19-3459** |
| | § | |
| **BERNARD FUCHS,** *et al*, | § | |
| Defendants. | § | |

## ORDER

For the reasons set forth in the Memorandum Opinion issued on this date, the Court orders:

1. The Trustee's claims for punitive damages are dismissed.

2. The balance of the motions to dismiss (ECF Nos. 34, 56, 58, and 70) are denied.

SIGNED 02/01/2021

_____
Marvin Isgur
United States Bankruptcy Judge

3.